IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| Maurice J., )<br>)<br>     Plaintiff, )<br>)<br>v. )<br>)<br>Frank Bisignano, Commissioner of the Social )<br>Security Administration, )<br>)<br>     Defendant. ) | Case No. 3:25-cv-155<br><br>**ORDER** |

    Plaintiff Maurice J. initiated this action under 42 U.S.C. § 405(g), seeking judicial review of the Social Security Commissioner's final decision denying his application for disability insurance benefits and supplemental security income benefits under Titles II and XVI of the Social Security Act. Plaintiff Maurice J. filed a brief requesting reversal of the Commissioner's final decision and remand for further consideration. Doc. 11. In response, the Commissioner moved for remand. Doc. 13. The Commissioner states Plaintiff does not oppose the Commissioner's motion to remand.

    The Commissioner requests remand to conduct further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Under sentence four of § 405(g), the Court can affirm, modify, or reverse the decision of the Commissioner, with or without remanding the case for rehearing. A sentence four remand is proper when the Court makes a substantive ruling regarding the correctness of the Commissioner's decision and remands the case in accordance with such ruling. Buckner v. Apfel, 213 F.3d 1006, 1010 (8th Cir. 2000).

    Here, the parties agree the evidence is insufficient to support the Commissioner's findings and further proceedings are necessary. Remand under sentence four is therefore appropriate. It is **ORDERED** that the Commissioner's unopposed motion for remand (Doc. 13)

and Plaintiff Maurice J.'s request for remand (Doc. 11) are **GRANTED**, and the decision of the Commissioner is **REVERSED** and **REMANDED** for further proceedings consistent with this opinion.

**JUDGMENT SHALL BE ENTERED ACCORDINGLY**.

Dated this 13th day of November, 2025.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Judge